MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. CA 066585)
mlevy@manatt.com
FUNMI E. OLORUNNIPA (Bar No. CA 256458)
folorunnipa@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY

FILED
10 AUG 11 PM 3:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NAN NAN "EMILY" LIU, an individual,

Plaintiff,

vs.

TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. CV10 5991 SVW (JCx)

CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant Transamerica Life Insurance Company ("Transamerica Life") certifies that the following parent companies have a greater than 10% direct ownership interest in Transamerica Life:

Transamerica Life Insurance Company is a wholly owned subsidiary whose ultimate parent is Aegon N.V., whose shares are traded on the NYSE as an ADR under the ticker symbol AEG.

Dated: August 6, 2010

MANATT, PHELPS & PHILLIPS, LLP
Margaret Levy
Funmi E. Olorunnipa

By: [signature]
Margaret Levy
*Attorneys for Defendant*
TRANSAMERICA LIFE INSURANCE COMPANY

300128354.1

# PROOF OF SERVICE

I, Judy L. Feingold, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On August 11, 2010, I served the within:

**CORPORATE DISCLOSURE STATEMENT**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| John R. Armstrong<br>Horwitz & Cron, LP<br>4 Ventura Plaza, Suite 390<br>Irvine, CA 92618 | Attorneys for Plaintiff,<br>Nan Nan "Emily" Liu |

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Los Angeles, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 11, 2010, at Los Angeles, California.

Judy L. Feingold