FILED
CLERK, U.S. DISTRICT COURT
OCT 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAN NAN "EMILY" LIU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-5991-SVW-JCx<br><br>Hon. Stephen V. Wilson<br><br>**ORDER FOR DISMISSAL** |

Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
HON. STEPHEN V. WILSON
United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300162120.1

ORDER FOR DISMISSAL